UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BAUDELIO GARCIA-JIMENEZ,<br><br>                      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>                      Defendant. | No. C15-5656 RJB-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)      The Court adopts the Report and Recommendation.

(2)      This case is **Dismissed Without Prejudice** for failure to prosecute pursuant to CR 41(b)(2), Local Rules W.D. Wash.

(3)      The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 25th day of April, 2016.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1